UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cr-330-MOC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| LOUIE RAYMOND FORNEY, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion to Continue Sentencing. Having considered defendant's motion and reviewed the pleadings, the Court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Continue Sentencing (#32) is **GRANTED,** and the Clerk of Court is instructed to place this matter on the next appropriate sentencing calendar, except that the sentencing hearing shall not be scheduled for the week of November 1, 2021.

The Court further orders that defendant's final revocation hearing in Case No. 3:17cr270, currently scheduled for October 21, 2021, shall also be continued. The Clerk is, therefore, respectfully instructed to docket this Order in Case No. 3:17cr270.

Signed: October 6, 2021

Max O. Cogburn Jr.
United States District Judge